UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHEE ABD' RASHEED,<br><br>        Petitioner,<br><br>    vs.<br><br>HARRINGTON, et al,<br><br>        Respondents.                       / | 1:09-cv-01539-SMS (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   October 5, 2009**              /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE